133

HOLDERMAN, J.

(No. 5880—

WOLFORD MORRIS SALES, INC., Claimant, vs. STATE OF ILLINOIS, SENATE MAINTENANCE COMMISSION, Respondent.

*Opinion filed February 18, 1971.*

WOLFORD MORRIS SALES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.